UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKOLAY VLADIMIROV SLOBODA,

                Plaintiff,

   v.

LONN TURNER,

               Defendants.

Case No. C22-1104 RAJ-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED for failure to prosecute;

(3) Plaintiff's proposed complaint is dismissed without prejudice; and

(4) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 30th day of November, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1